# Court of Appeals
# of the State of Georgia

ATLANTA,  March 02, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0151. WELLS v. STERLING ATLANTA APARTMENTS, LLC.**

Tiffany Wells has filed an emergency motion under Court of Appeals Rule 40 (b) seeking to stay a superior court order dismissing her petition for review of a magistrate court order. The magistrate court order denied Wells's motion to open default and to set aside a writ of possession in an underlying dispossessory action. In the order dismissing the petition for review, the superior court held that the writ of possession may be executed immediately.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a)(1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). And in dispossessory actions, such applications for discretionary review must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025).

Wells's emergency motion is hereby **GRANTED**, and the superior court order is stayed until the time that Wells files an application for discretionary appeal or until the time to file an application for discretionary appeal has expired.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _03/02/2026_

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*